JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| BLANCA HAMMOND,<br><br>              Plaintiff,<br><br>    v.<br><br>KILOLO KIJAKAZI, Acting<br>Commissioner of the Social<br>Security Administration,<br><br>              Defendant. | Case No. 5:20-cv-01930-SK<br><br>**JUDGMENT** |

      **IT IS ADJUDGED** that this action is reversed and remanded to the Commissioner of the Social Security Administration for further proceedings.


DATED: March 22, 2022

HON. STEVE KIM
U.S. MAGISTRATE JUDGE